| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 2 min. | | |
|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK Corinne Lew | | | REPORTER/FTR FTR | |
| MAGISTRATE JUDGE Patricia V. Trumbull | | DATE 8/26/08 | | NEW CASE ☐ | CASE NUMBER CR 08-mj-70472 HRL | |
| **APPEARANCES** | | | | | | |
| DEFENDANT Rolando Ortega-Gonzalez | | AGE | CUST Yes | P/NP P | ATTORNEY FOR DEFENDANT L. Vinnard | PD. ☒ RET. ☐ APPT. ☐ |
| U.S. ATTORNEY Dan Kaleba | | INTERPRETER Spanish - A. Negro | | ☐ FIN. AFFT SUBMITTED | | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER J. Carranza | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | | PARTIAL PAYMENT OF CJA FEES ☐ |
| **PROCEEDINGS SCHEDULED TO OCCUR** | | | | | | |
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | | ☐ MOTION | ☐ JUGM'T & SENTG | | ☐ STATUS |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | | ☐ OTHER |
| ☒ DETENTION HRG | ☐ ID / REMOV HRG | | ☐ CHANGE PLEA | ☐ PROB. REVOC. | | ☐ ATTY APPT HEARING |
| **INITIAL APPEARANCE** | | | | | | |
| ☐ ADVISED OF RIGHTS | | ☐ ADVISED OF CHARGES | | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: | |
| **ARRAIGNMENT** | | | | | | |
| ☐ ARRAIGNED ON INFORMATION | | ☐ ARRAIGNED ON INDICTMENT | | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED | |
| **RELEASE** | | | | | | |
| ☐ RELEASED ON O/R | | ☐ ISSUED APPEARANCE BOND | | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED ☐ CASH  $ | | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ | |
| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | | ☒ DETAINED ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | | ☐ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | | | |
| **PLEA** | | | | | | |
| ☐ CONSENT ENTERED | | ☐ NOT GUILTY | | ☐ GUILTY | GUILTY TO COUNTS: ☐ | |
| ☐ PRESENTENCE REPORT ORDERED | | ☐ CHANGE OF PLEA | | ☐ PLEA AGREEMENT FILED | OTHER: | |
| **CONTINUANCE** | | | | | | |
| TO: 9/4/08 | | ☐ ATTY APPT HEARING | | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
| AT: 9:30 a.m. | | ☐ SUBMIT FINAN. AFFIDAVIT | | ☒ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. Richard Seeborg | | ☐ DETENTION HEARING | | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |
| **ADDITIONAL PROCEEDINGS** | | | | | | |

cc: MPB